**Order entered January 3, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01623-CV

### LIFE PARTNERS, INC., Appellant

### V.

### HELEN Z. MCDERMOTT, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-02966**

## ORDER

The Court has before it appellant's December 21, 2012 unopposed motion to extend time for filing appellant's brief and other briefing deadlines. The Court **GRANTS** the motion and **ORDERS** that appellant file its brief by January 22, 2013, that appellee file her brief by February 25, 2013, and that appellant file any reply brief by March 18, 2013.

/s/     MOLLY FRANCIS
        JUSTICE